# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Dawn V. Rode**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:13-cv-00252-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin**,** | ) | |
| Defendants. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 21, 2014 Order.

                                        November 21, 2014

_____
Frank G. Johns, Clerk
United States District Court